**Opinion issued November 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00537-CV

————————————

**ALL-ISLAND IRRIGATION, INC., Appellant**

**V.**

**SARA BARRINGTON AND MARK BARRINGTON, Appellees**

On Appeal from the 253rd District Court
Chambers County, Texas
Trial Court Cause No. 24CV0122

## MEMORANDUM OPINION

We previously abated this appeal for mediation. Appellant has now filed an unopposed motion to dismiss its appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

We reinstate the appeal, grant appellant's motion, and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1). We also dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.